**FILED**

09/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA

| IN RE ASBESTOS LITIGATION,<br><br>*Consolidated Cases* | Cause No. AC 17-0694<br><br>ORDER SETTING HEARING ON MOTIONS FOR RESOLUTION OF ROBINSON INSURANCE COVERAGES<br>(Robinson Receivership) |
| --- | --- |

Pending before the Court are the following motions relating to the settlement of insurance coverages for Robinson Insulation Company:

a. May 22, 2020, Motion to expand the Receivership to include dissolved entity Grogan Robinson Lumber Company a coinsured of Robinson Insulation Company;

b. May 22, 2020, Motion for approval of a settlement of rights and obligations arising under certain liability insurance policies of Robinson Insulation Company and Grogan Robinson Lumber Company (ACE, Motorists, American States), and enjoining claims with respect thereto; and

c. May 22, 2020, Motion for creation of a Qualified Settlement Trust to resolve personal claims arising under such settled insurance and appointment of Trustee.

d. July 22, 2020, Motion for approval of a settlement of rights and obligations arising under Home Insurance Company liability coverages of Robinson Insulation Company and Grogan Robinson Lumber Company, and enjoining claims with respect thereto.

e. June 17, 2020, Motion for approval of distribution of Hartle settlement funds.

1

All of these motions are unopposed. All of these motions have been briefed, proposed orders have been lodged with the Court, and notice has been given to all interested parties and proof of publication of notice of the motions has been filed with the Court. No appearance or objection has been filed in response to the published notice, such that all persons entitled to notice of the hearing are prepared to address these matters.

Wherefore,

IT IS HEREBY ORDERED:

1. A hearing will be held in the Flathead County Courthouse on these motions on Tuesday, September 29, 2020, at 11:00 a.m.

2. Counsel who wish to appear by remote attendance must make arrangements with the Court Administrator for such attendance.

3. Counsel for the Libby Plaintiffs shall provide a copy of this Order to all counsel for all who have appeared in this proceeding together with counsel for the settling insurers.

DATED 9/21/2020 AND ELECTRONICALLY SIGNED AS NOTED BELOW.

District Court Judge